**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

DANIEL RICH,

  Plaintiff,

-vs-                                CASE NO.:  1:19-CV-00234-MR-WCM

VERIZON WIRELESS SERVICES, LLC,
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

  Defendants.

_____/

---

**NOTICE OF SETTLEMENT AS TO** VERIZON WIRELESS SERVICES, LLC

---

          Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1.    Plaintiff and Defendant VERIZON WIRELESS SERVICES, LLC have reached an Agreement in principle and are in the process of finalizing a confidential settlement agreement.

2.    Plaintiff will file a Dismissal once the terms of the settlement agreement have been completed.

3.    Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

Dated: April 2, 2020

Respectfully Submitted,

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
mmartinez@forthepeople.com
*Counsel for Plaintiff*